## IN THE UNITED STATES BANKRUPTCY COURT
### Eastern District of Virginia
### Richmond Division

In re:                                                    Case No. 25-30922-BFK
**Angela Denise Cross**                                            Chapter 13
Debtor

Address:  5216 Castlewood Road
          Apt A
          Richmond, VA 23234

Last four digits of SSN: xxx-xx-3830

### NOTICE OF MOTION TO SHORTEN THE NOTICE PERIOD ON MOTION TO EXTEND THE AUTOMATIC STAY

The above named Debtor has filed a Motion to Shorten the Notice Period on the Motion to Extend the Automatic Stay filed in this bankruptcy case.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY IMMEDIATELY UPON THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

- The written response in opposition to this motion must be filed with the clerk of court at the address shown below. If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 E. Broad Street,  Suite 4000
Richmond, VA 23219-3515

Daniel J. Webster (VSB#92593)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

- You must also send a copy to:

  Boleman Law Firm, P.C.
  P. O. Box 11588
  Richmond, VA 23230-1588

Dated: March 24, 2025                    BOLEMAN LAW FIRM, P.C.
                                         Counsel for Debtor

                                         ANGELA DENISE CROSS


                              By:    /s/ Daniel J. Webster
                                     Daniel J. Webster (VSB#92593)
                                     Boleman Law Firm, P.C.
                                     P.O. Box 11588
                                     Richmond, VA  23230-1588
                                     Telephone (804) 358-9900
                                     Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that on March 24, 2025 I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the mailing matrix attached hereto.


                                     /s/ Daniel J. Webster
                                     Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

In re: Angela Denise Cross                         Case No. 25-30922-BFK
    Debtor                                                     Chapter 13


### MOTION TO SHORTEN THE NOTICE PERIOD ON MOTION TO EXTEND THE AUTOMATIC STAY

COMES NOW Angela Denise Cross (the "Debtor"), by counsel and respectfully requests that the Court schedule an expedited hearing and shorten the notice period on the Debtor's Motion to Extend the Automatic Stay (the "Motion").  In support thereof, Debtor respectfully states the following:

1.      This case commenced upon the filing of a voluntary petition under Chapter 13 of Title 11 of the United States Bankruptcy Code in this Court on March 11, 2025.

2.      Debtor seeks permission to shorten the notice period for the Motion to Extend the Automatic Stay from twenty-one (21) days to sixteen (16) days from the date of service of the Motion to Extend the Automatic Stay.

3.      That a shortened notice period on the Motion are necessary for the following reason: there are not available court dates within the regular notice period prior to the expiration of the stay.

5.      A shortened notice period are necessary under the circumstances and creditors and parties in interest will not be prejudiced by such expedited hearing being granted.

WHEREFORE Angela Denise Cross, by counsel, respectfully requests this Honorable Court to enter an Order shortening the notice period for the Motion to Extend

Daniel J. Webster (VSB#92593)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

the Automatic Stay from twenty-one (21) days to sixteen (16) days from the date of

service of the Motion to Extend the Automatic Stay, and for such other and further relief

as the Court deems proper.


ANGELA DENISE CROSS

By Counsel

/s/ Daniel J. Webster
Daniel J. Webster (VSB#92593)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA  23230-1588
Telephone (804) 358-9900
Counsel for Debtor


## CERTIFICATE OF SERVICE

I certify that on March 24, 2025 I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the mailing matrix attached hereto.


/s/ Daniel J. Webster
Counsel for Debtor

ADT Security
Re: Bankruptcy
PO Box 371967
Pittsburgh, PA 15250

Alcoa Billing Center
3429 Regal Dr.
Alcoa, TN 37701

Amcol Systems, Inc.
RE:
111 Lancewood Road
Columbia, SC 29210

America First Finance
3515 N. Ridge Road
Suite 2000
Wichita, KS 67205

American Freight, Inc.
7288 Hanover Green Drive
Mechanicsville, VA 23111

ARS Account Resolutions
1643 NW 136th Ave
STE 100
Fort Lauderdale, FL 33323

BB&T
223 West Nash St
Wilson, NC 27893

Bon Secours
P.O. Box 1123
Minneapolis, MN 55440

Bon Secours Medical Group
7025 Harbour View Blvd, Ste118
Suffolk, VA 23435-2762

Bon Secours Mercy Health
PO Box 630761
Cincinnati, OH 45263-1137

Bridgecrest Formerly Drivetime
PO Box 29018
Phoenix, AZ 85038

C&F Finance
1313 E. Main St., Suite 400
Richmond, VA 23219

Capio Partners
3400 Texoma Parkway
Sherman, TX 75090

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130

City of Richmond - TAX
900 E. Broad Street. Room 107
Richmond, VA 23219

Commonwealth Radiology
2810 N. Parham Road
Suite 315
Henrico, VA 23294-4434

Contract Callers Inc.
501 Greene Street
3rd Floor, Suite 302
Augusta, GA 30901-4415

Credit Collection Services
Re:
725 Canton St
Norwood, MA 02062

Crest Financial
61 W. 13490 S
Draper, UT 84020-7209

Debt Recovery Solutions, LLC
Re:
PO Box 1259
Oaks, PA 19456-1259

Elizabeth River Tunnels
152 Tunnel Facility Drive
Portsmouth, VA 23707-1802

Emergency Coverage Corp
PO Box 740023
Cincinnati, OH 45274

Emergency Medical Associates
Attn: Bankruptcy Dept.
PO Box 5508
Virginia Beach, VA 23471-5508

FBCS, Inc.
Re: Bankruptcy
P.O. Box 1116
Charlotte, NC 28201-1116

Fed Loan Servicing
P.O. Box 69184
Harrisburg, PA 17106

Firstpoint Collection Resource
P.O. Box 26140
Greensboro, NC 27402-6140

GMAC Financial Services
P.O. Box 380901
Minneapolis, MN 55439-0901

HRRG
Po Box 5406
Cincinnati, OH 45273

Jefferson Capital Systems
16 McLeland Road
Saint Cloud, MN 56303

Johnsons Community Bonding
RE: Bankruptcy
1821 East Nine Mile Road
Highland Springs, VA 23075

Labcorp
Re: Bankruptcy Dept.
PO Box 2240
Burlington, NC 27216

Linebarger Googgan Blair &
Sampson, LLP
309 County St. Suite 201
Portsmouth, VA 23704

Massanutten Resort
PO Box 1227
Harrisonburg, VA 22803-1227

Monument Pathologists, Inc.
5801 Bremo Rd
Richmond, VA 23226

North American Partners in Ane
PO Box 8632
Pompano Beach, FL 33075

Pendrick Capital Partners
625 US-1
Key West, FL 33040

Personal Finance Co.
3612 W. Lincoln Hgwy
P.O. Box 296
Olympia Fields, IL 60461

Phoenix Financial Services
8902 Otis Ave
Ste 103
Indianapolis, IN 46216

Progressive Insurance
PO Box 31260
Tampa, FL 33631

Pulmonary Associates of
Richmond, Inc.
1000 Boulders Pkwy, #102
Richmond, VA 23225

Radiology Assoc. of Richmond
PO Box 13343
Richmond, VA 23225-0304

Receivables Performance Mgmt
PO Box 1548
Lynnwood, WA 98046-1548

Richmond Community Hospital
Attn: Bankruptcy Department
P.O. Box 28538
Richmond, VA 23228

Sprint
Attn: Bankruptcy Dept
PO. Box 7949
Overland Park, KS 66207-0949

St Mary's of Richmond
9980 Georgia Street
Crown Point, IN 46307

Sunrise Credit Services, Inc.
Re: Sprint
P.O. Box 9100
Farmingdale, NY 11735

Syncb/Care Credit
Po Box 965036
Orlando, FL 32896

TRG Law PLLC
8002 Discovery Drive
STE 306
Henrico, VA 23229

United Consumers
Re: Bankruptcy
P.O. Box 4466
Woodbridge, VA 22194

US Acute Care
PO Box 98220
Pompano Beach, FL 33075

Verizon Wireless
500 Technology Drive
Ste. 300
Saint Charles, MO 63304-2225

Wakefield & Associates
P.O. Box 441590
Aurora, CO 80044-1590